UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:05CV-405-H

LUCY WEISS, et al.                                                                                          PLAINTIFFS

V.

NORTHWEST AIRLINES, INC., et al.                                                            DEFENDANTS

**MEMORANDUM OPINION AND ORDER**

Plaintiffs have filed this lawsuit against Northwest Airlines, Inc. ("Northwest") and one of its employees, Daniel Baumann ("Baumann"), alleging sex discrimination under KRS 344.040, retaliation and intentional infliction of emotional distress. Northwest and Baumann have moved to dismiss various of the claims which the Court will now discuss.

Plaintiffs agree that they may not assert a claim of liability under KRS 344.040 against an individual such as Baumann. Therefore, those claims must be dismissed. Defendants also say that the claims for intentional infliction of emotional distress must be dismissed because the complaint does not set forth any facts which would support such a claim. Plaintiffs respond by saying that the motion is premature because discovery may yield facts upon which a claim might be supported. The complaint as currently alleged does not contain facts sufficient to support a claim for intentional infliction of emotional distress. The facts which might support such a claim should be within the control of Plaintiffs. After all, a prerequisite for such a claim concerns the impact of Defendants' actions upon Plaintiffs. Moreover, Plaintiffs would have some knowledge of the actions that Defendants took and the manner in which they were carried out. The Court

will allow Plaintiffs an opportunity to make more specific allegations.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiffs' claims under the Kentucky Civil Rights Act against Daniel Baumann are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Plaintiffs are allowed to and including **February 10, 2006**, in which to file an amended complaint setting forth with greater specificity their allegations concerning claims of intentional infliction of emotional distress against Northwest Airlines and Daniel Baumann. The failure of any current Plaintiffs to meet the required specificity of allegations that support a claim of intentional infliction of emotional distress will result in dismissal of those claims.

IT IS FURTHER ORDERED that Plaintiffs should proceed on their claims against Northwest under the Kentucky Civil Rights Act.

cc:     Counsel of Record